UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 15-31247
Angela N. Seaberry )
) Chapter: 13
) Honorable Jack B. Schmetterer
)
)
Debtor(s) )

### AGREED ORDER VALUING CLAIM OF WELLS FARGO BANK, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE FOR SEQUOIA HELOC TRUST 2004-1

On November 13, 2015, the Debtor filed a motion to value the claim of Wells Fargo Bank, National Association, as Indenture Trustee for Sequoia HELOC Trust 2004-1 (the "creditor") secured by a lien against the property commonly known as 1000 E. 53rd Street, Unit 617S, Chicago, IL 60615 with real estate tax pin number 20-11-308-061-1195 (the "property"). The creditor has responded to the motion.

IT IS HEREBY ORDERED that the relief requested in the motion in favor of the Debtor and against the creditor is granted as follows:

1. For purposes of the Chapter 13 plan only, any claims asserted by the creditor stemming from its Mortgage Lien (xxxxxx4860) against the property are entirely unsecured pursuant to 11 U.S.C. Section 506(a) given the value of the property and the amount of senior liens.

2. Any timely proof of claim of the creditor for the Mortgage Lien will be treated as an unsecured claim in the Chapter 13 plan.

3. The creditor's Mortgage Lien will be deemed satisfied pursuant to 11 U.S.C. Sections 1322 (b)(2), 1327 and 1328(a) only after completion of the Chapter 13 plan and entry of a discharge.

_____  _____
Attorney for Debtor          Attorney for Creditor

Enter:
_____
United States Bankruptcy Judge
APR 1 3 2016

Dated: 4/13/16
**Prepared by:**
Jennifer M. Rinn
Kropik, Papuga and Shaw
120 S. LaSalle, Suite 1920
Chicago, IL 60603

Rev: 20130103_bko