# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 15-31247 |
| ANGELA N. SEABERRY § | |
| DEBTOR § | |

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Specialized Loan Servicing LLC as servicing agent for ARCPE 1 LLC** | **Specialized Loan Servicing LLC as servicing agent for FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

   **Specialized Loan Servicing LLC**
   **8742 Lucent Blvd, Suite 300**
   **Highlands Ranch, Colorado 80129**

Court Claim # (if known): 7-1
Amount of Claim: $20,298.04
Date Claim Filed: 10/29/2015

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx4860**

Phone: (800) 315-4757
Last Four Digits of Acct.#: 4860

Name and Address where transferee payments should be sent (if different from above):

   Specialized Loan Servicing LLC
   PO Box 636007
   Littleton, Colorado 80163

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx4860**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Mary D. Vitartas      Date: 05/25/2018
   Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before May 25, 2018 via electronic notice unless otherwise stated:

**Debtor**    *Via U.S. Mail*
Angela N. Seaberry
1000 E. 53rd St., Unit 617
Chicago, IL 60615

**Debtors' Attorney**
David M Siegel
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090

**Chapter 13 Trustee**
Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

          Respectfully Submitted,

          /s/ Mary D. Vitartas
          Mary D. Vitartas

TRANSFER OF CLAIM - CERTIFICATE OF SERVICE    1

4125-N-2582