UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RE: ANGELA N SEABERRY | ) Case No. 15 B 31247 |
| | ) |
| Debtor | ) Chapter 13 |
| | ) |
| | ) Judge: JACK B SCHMETTERER |

## NOTICE OF MOTION

ANGELA N SEABERRY

1000 E 53RD ST #617
CHICAGO, IL 60615

DAVID M SIEGEL

via Clerk's ECF noticing procedures

Please take notice that on December 04, 2019 at 10:00 am my designee or I will appear before the Honorable Judge JACK B SCHMETTERER at 219 South Dearborn Courtroom 682, Chicago, IL and present the motion set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E Monroe St., Chicago, Il 60603 or by the methods indicated on November 06, 2019.

/s/ Tom Vaughn

## TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to dismiss this case in support thereof states:

1. On September 14, 2015 the Debtor filed a petition under Chapter 13 of Title 11 U.S.C.

2. The debtor's plan was confirmed on April 13, 2016.

   A summary of the debtor's plan follows:

| | |
|---|---|
| Monthly Payment $1,051.00 | Last Payment Received: 08/14/2019 |
| Amount Paid $26,082.00 | Amount Delinquent $3,153.00 |

WHEREFORE, the Trustee prays that this case be dismissed for material default by the debtor with respect to the term of a confirmed plan, pursuant to § 1307 (c) (6).

Respectfully submitted,

TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900

/s/ Tom Vaughn